In the Matter of the Petition of THE CORN EXCHANGE BANK TRUST COMPANY to Render and Settle Its Account as Temporary Administrator of GEORGE A. MACDONALD, Deceased, and as Executor and Trustee under the Last Will and Testament and Codicil Thereto of GEORGE A. MACDONALD, Deceased. ANNA COMBS, Appellant; CORN EXCHANGE BANK TRUST COMPANY, as Executor and Trustee, etc., Respondent.— Appeal by a legatee under decedent's will from a decree of the Surrogate's Court, New York county, settling the accounts of the executor and trustee and construing said will and the codicil thereto. Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MISCHA BARENBLATT, Appellant, v. MASSACHUSETTS ACCIDENT COMPANY, Respondent.— Action upon a policy of accident and health insurance issued by the defendant to plaintiff to recover disability benefits of $200 per month for a period of four months commencing June 17, 1934. Determination of Appellate Term reversing an order of the Municipal Court, Manhattan, Tenth District, and granting defendant's motion for summary judgment dismissing the complaint on the merits, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HERMANN F. CLARKE and Others, Doing Business, etc., Respondents, v. JOHN J. NAUGLE, Appellant. JOHN J. NAUGLE, Appellant, v. HERMANN F. CLARKE and Others, Doing Business, etc., Respondents.— Consolidated actions: (1) By stockbrokers for amount due on joint account to trade in the stock of Palmer Brothers Company; (2) by Naugle against the brokers for fraud in inducing him to open the joint account. Judgment for plaintiffs Clarke and others on directed verdict after trial at Trial Term (a jury having been waived) unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

M. P. MOLLER, INC., Appellant, v. TEMPLE ISRAEL OF WASHINGTON HEIGHTS, INC., and Others, Respondents.— Action in replevin to recover a pipe organ sold by plaintiff to defendant Temple Israel under contract of conditional sale, reserving title in the seller, which the complaint alleges the other defendants are in possession of and wrongfully detain. The appeal is from a judgment dismissing the complaint as to defendants The Emigrant Industrial Savings Bank and Temple Israel, and directing judgment in favor of defendant Congregation Gates of Israel, Inc., and from an order denying rehearing of motions to dismiss complaint and for direction of a verdict, to set aside the directed verdict and the judgment thereon entered and for a new trial, and for retaxation of costs. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.